United States Bankruptcy Court
Southern District of Texas
**ENTERED**
June 01, 2026
Nathan Ochsner, Clerk

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| Rosslyn2016 LLC, *et al.*,[1] | § | Case No. 25-34507 (EVR) |
| | § | |
| Debtors | § | (Jointly Administered) |
| | § | |
| Rosslyn2016 LLC, *et al.*, | § | |
| Plaintiffs | § | |
| v. | § | Consolidated Adversary Proceeding No. 25-03804 |
| Morgan Stanley Private Bank, National Association, *et al.*, | § | |
| Defendants | § | |

**ORDER DISMISSING AND CLOSING ADVERSARY PROCEEDINGS WITH PREJUDICE**

Upon consideration of the *Motion to Dismiss and Close Adversary Proceedings* (the "Motion")[2] filed by the Chapter 7 Trustee and Morgan Stanley and the *Order (I) Authorizing and Approving Settlement Agreement, and (II) Granting Related Relief* [Case No. 25-34507, Docket No. 268]; the Court finds that good and sufficient cause exists for granting the relief requested in the Motion. It is therefore

**ORDERED** that the Subject Adversary Proceedings (being adversary proceeding numbers 25-03804, 25-03805, 25-03806, 25-03807, 25-03808, 25-03809, and 25-03810) be and hereby are **DISMISSED WITH PREJUDICE**, with each party to bear its own costs; and it is further

[1] The Debtors in these jointly administered chapter 7 cases are Rosslyn2016 LLC (Case No. 25-34507), Texas Esencia 2019 LLC (Case No. 25-34508), and Timber 2020 LLC (Case No. 25-34510).

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Motion.

**ORDERED** that the Subject Adversary Proceedings (being adversary proceeding numbers 25-03804, 25-03805, 25-03806, 25-03807, 25-03808, 25-03809, and 25-03810) are **CLOSED**; and it is further

**ORDERED** that the Notices of Lis Pendens recorded at RP-2025-330228, RP-20205-330229, and RP-2025-330230 in the official real property records of Harris County, Texas, are hereby CANCELLED, RELEASED, or OTHERWISE EXPUNGED effective immediately, as the lawsuits referenced in those Notices of Lis Pendens, being cause nos. 2025-44995, 2025-44996, and 2025-44997 filed in the courts of the State of Texas in Harris County, as removed to this Court as Adversary Proceeding Nos. 25-03808, 25-03809, and 25-03810, are hereby dismissed with prejudice; and it is further

**ORDERED** that the Trustee may file a photocopy of this Order with the clerk of the real property records of Harris County, Texas or with any similar office in addition to or in lieu of a release of the Lis Pendens.

**Signed: Monday, June 01, 2026**

Eduardo V. Rodriguez
Chief United States Bankruptcy Judge